UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cr-20486-GAYLES/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**NILSON OLAYA GRUESO,**
**JOSE JUNIOR BAILON FRANCO,**
**and LUIS ALBERTO QUIJIJE MERO**,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 58]. On March 11, 2022, Defendants filed a Joint Motion to Dismiss Indictment (the "Motion"). [ECF No. 49]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 53]. On May 2, 2022, Judge Torres issued his Report recommending that the Motion be denied. Defendants timely filed objections to the Report. [ECF No. 62]. The Government filed a response. [ECF No. 64].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 58], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendants' Joint Motion to Dismiss Indictment, [ECF No. 49], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of May, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE